ORIGINAL

FILED
2008 JUL 15 PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  Anthony G. Buzbee, Texas SBN: 24001820
   The Buzbee Law Firm
2  1910 Ice & Cold Storage Bldg.
   104 21st Street (Moody Avenue)
3  Galveston, Texas 77550
   Phone: (409) 762-5393
4  Fax: (409) 762-0538
   Attorneys for Plaintiff Silvano D. Orsi
5
   Susan Regeimbal, SBN: 207670
6  1700 Adams Ave. Ste. 207
   Costa Mesa, CA 92626
7  Phone: (714) 944-3774
   Local Counsel for Plaintiff Silvano D. Orsi
8
9            UNITED STATES DISTRICT COURT
10           SOUTHERN DISTRICT OF CALIFORNIA
11
12                                    '08 CV 1273 J CAB
   SILVANO D. ORSI,           ) Case No.:
13                            )
              Plaintiff,      ) COMPLAINT OF PLAINTIFF SILVANO D. ORSI FOR
14                            ) DAMAGES AND DEMAND FOR JURY TRIAL
         vs.                  )
15                            )
   H.H. SHEIKH FALAH BIN ZAYED BIN )
16 SULTAN AL NAHYAN,          )
                              )
17            Defendant       )          BY FAX
18
19
20 TO THE HONORABLE JUDGE OF THIS COURT:
21     COMES NOW Plaintiff SILVANO D. ORSI, complaining of H.H. FALAH BIN ZAYED BIN
22 SULTAN AL NAHYAN, and for cause of action respectfully shows this Honorable Court the
23 following:
24
                        A. NATURE OF THIS CASE
25
       Plaintiff Silvano Orsi is a United States citizen and resident of Rochester,
26
   New York. H.H. Sheikh Falah Bin Zayed Bin Sultan Al Nahyan ("Sheikh Falah") is a
27
   member of the royal family in the United Arab Emirates ("U.A.E."). Sheikh Falah is or
28
   was a resident of Del Mar, California. On August 19, 2003, Plaintiff was at the La

COMPLAINT FOR DAMAGES                                          PAGE - 1 OF 5

                                                               CASE NO:

Reserve Hotel Bar in Geneva, Switzerland. Plaintiff was enjoying a conversation with a friend at the bar, when he was approached by Sheikh Falah. Initially, a bottle of champagne was offered by Sheikh Falah. Orsi refused, but the Sheik sent over a bottle anyway. The bottle remained unopened. A few minutes later, Sheikh Falah came over and began making overt homosexual and romantic gestures to Mr. Orsi. Mr. Orsi is not a homosexual, and he does not drink alcohol. When the Sheikh's homosexual advances were rejected, Sheikh Falah attacked, hitting him in the face, and whipping and beating Mr. Orsi with a belt. As a result of the attack, Mr. Orsi sustained severe physical injuries, including nerve damage, a herniated disc, and post traumatic stress. Mr. Orsi has also lived with fear for his life every day since the assault and has sustained severe mental anguish. Sheikh Falah was ultimately convicted of assault in Swiss court.

### B. PARTIES

1. Plaintiff, Silvano Orsi, is an individual who is a citizen of the United States and the State of New York.

2. Defendant, H.H. Sheikh Falah Bin Zayed Bin Sultaan Al Nahyan, is an individual who is a citizen of the United Arab Emirates, a foreign state.

### C. JURISDICTION

3. The Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. §1332(a)(2), because the suit is between a citizen of New York and a citizen of the U.A.E., and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. The assault at issue in this case took place in Geneva, Switzerland. However, Defendant Sheikh Falah routinely travels to California and, on information and belief, owns substantial properties here as well as other places in the United States. In fact, Sheikh Falah maintains or has maintained a residence in Del Mar, California. Sheikh Falah also attended college in California. Venue is based on 28 U.S.C. §1391(a)(3).

### D. FACTUAL SUMMARY

5. The Plaintiff, Silvano Orsi, is a United States citizen. Defendant Sheikh Falah is the son of H.H. Sheikh Zayed bin Sultan Al Nahyan, the late ruler of the

COMPLAINT FOR DAMAGES                                               PAGE - 2 OF 5

CASE NO:

U.A.E. Although he is a member of the royal family, Sheikh Falah holds no position in the U.A.E. or Abu-Dhabi governments.

6. On August 19, 2003, Plaintiff was at the La Reserve Hotel Bar in Geneva, Switzerland. Plaintiff was enjoying a conversation with a friend at the bar, when he was approached by Sheikh Falah. Initially, a bottle of champagne was offered by Sheikh Falah; however, Mr. Orsi refused and informed the Sheik that he did not drink alcohol. A few minutes later, Sheikh Falah came over and began making overt, homosexual romantic overtures to Mr. Orsi. When the advances were rejected, Sheikh Falah attacked-whipping and beating Mr. Orsi. After the Sheikh left, on his behalf someone came over and offered money to Orsi in return for his silence. Orsi refused. As a result of the attack, Mr. Orsi sustained severe physical injuries. He can no longer work. Moroever, Mr. Orsi has lived with fear for his life every day since the assault and has sustained severe mental anguish.

7. For the past five years, Mr. Orsi has lived in constant fear of retaliation, including the very real possibility of his own death. During that time, Mr. Orsi has pursued and prevailed in a criminal action against Sheikh Falah with the Swiss authorities. On June 27, 2008, the Tribunal De Police in Geneva Switzerland found Sheikh Falah guilty of the assault.

8. Swiss law allows for the tolling of a civil case while a corresponding criminal case is proceeding. See Article 60 of the Swiss Code of Obligations.

## E. CAUSES OF ACTION

<u>Violations of the Swiss Code of Obligations</u>

9. Plaintiff incorporates by reference the factual allegations found in the above Paragraphs.

10. Defendant, without provocation, brutally assaulted and battered Plaintiff. This assault was intentional and consisted of the Defendant repeatedly striking Plaintiff with his fists and taking off his belt to whip and beat Plaintiff. As a result of the assault, Plaintiff sustained serious physical injuries.

11. Defendant is an individual and holds no government position. He is not entitled to sovereign immunity, as he is not a sovereign or an agent of a sovereign.

However, as a member of the royal family, Defendant has used his influence to scare and intimidate Plaintiff.

12. Defendant's conduct proximately caused Plaintiff's damages, including damages for economic loss due to inability to work, and for pain and suffering and mental anguish, both past and future.

13. Because of the nature of Defendant's actions, that is, because he acted intentionally, willfully, knowingly, and maliciously, Plaintiff seeks an award of punitive damages.

14. Defendant's conduct was in violation of the criminal laws, thus the punitive damages sought by Plaintiff are not subject to capping.

15. Defendant unlawfully caused damage to Plaintiff, willfully or negligently, and is liable for damages and reparations.

16. Due to the nature of Defendant's conduct, Plaintiff seeks damages and brings claims pursuant to Articles 41-49 of the Swiss Code of Obligations.

### F.  DAMAGES

21. As a direct and proximate result of the Defendant's conduct, Plaintiff, Silvano Orsi, has suffered the following injuries and damages:

   (1) Past, present and future physical pain and suffering;

   (2) Past, present and future mental anguish;

   (3) Past, present and future loss of earning capacity; and

   (4) Attorney fees and costs of court.

22. Plaintiff also seeks punitive damages, and because of the criminal nature of Defendant's conduct, such punitive damages are not subject to capping.

### G.  JURY DEMAND

23. Plaintiff respectfully requests a trial by jury on all issues to which Plaintiff are so entitled.

### H.  PRAYER

24. For these reasons, Plaintiff asks for judgment against Defendant for the following:

   a. Actual damages;

   b. Prejudgment and postjudgment interest;

COMPLAINT FOR DAMAGES                                    PAGE - 4 OF 5

CASE NO:

1  c.  Costs of suit, including attorney fees;
2  d.  Punitive damages; and
3
4
5  e.  All other relief the Court deems appropriate.

Respectfully submitted,

By: _____
Anthony G. Buzbee,
The Buzbee Law Firm
Attorneys for Plaintiff,
Silvano D. Orsi

By: _____
Susan Rogoimbal
Local Counsel for Plaintiff,
Silvano D. Orsi

COMPLAINT FOR DAMAGES                                          PAGE - 5 OF 5

CASE NO:

By Fax

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

FILED
2008 JUL 15 PM 3:47
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SILVANO D. ORSI

(b) County of Residence of First Listed Plaintiff: State of New York
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Anthony G. Buzbee, The Buzbee Law Firm, 104 21st Street, Galveston, TX 77550; (409) 762-5393

## DEFENDANTS
H.H. SHEIKH FALAH BIN ZAYED BIN SULTAN SULTAN AL NAHYAN

County of Residence of First Listed Defendant: San Diego County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 1273 J CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332(a)(2), 28 USC 1391(a)(3), Violations of Swiss Code of Obligations

Brief description of cause:
Personal injury; assault and battery

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 7/15/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 153007   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TAC 7/15/08

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 153007      -  TC

        July 15, 2008
          15:44:43


        Civ Fil Non-Pris
   USAO #.: 08CV1273
   Judge..: NAPOLEON A JONES, JR
   Amount.:              $350.00 CK
   Check#.: BC1200128



   Total-> $350.00



   FROM: SILVANO D. ORSI
           VS
         H.H. SHEIKH FALAH BIN ZAYED BI
         SULTAN SULTAN AL NAHYAN
```